IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NATALIE CAMPAGNA, | * |
| Plaintiff, | * |
| v. | * Case No. 4:20-CV-94 (CDL) |
| TD BANK, N.A., | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of December, 2020.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk